# EXHIBIT "B"

# AFFIDAVIT OF PROOF OF SERVICE

STATE OF OHIO

HAMILTON COUNTY

I Deputy Junker, Stephen M, being first duly sworn, deposes and says I received this writ on 12/28/2020 and on 12/29/2020 at 11:00:00 AM I served the within named Defendant RICHARD LAUER ESQ by delivering and leaving a true copy of the Summons and Complaint, personally with RICHARD LAUER at 335 WEST FOURTH ST, Hamilton County, Ohio

At the same time of service I was duly authorized and acting Deputy Sheriff of Hamilton County, Ohio and over twenty-one years of age and not a party to this action

JIM NEIL, SHERIFF
HAMILTON COUNTY, OHIO

_____
Junker, Stephen M
Deputy Sheriff
Hamilton County, Ohio

Sworn to and subscribed in my presence this day Wednesday, Dec 30 2020

_____
Notary Public, State of Ohio

BRIANNA BERNIUS
Notary Public, State of Ohio
My Commission Expires
April 6, 2024

1 of 2

# Out of State Service
# Hamilton County Sheriff's Department



Wednesday, December 30, 2020

| CASE# | Received On | Type of Paper | Return Date |
|---|---|---|---|
| N/A | 12/28/2020 | Summons and Complaint | 1/18/2021 |

**Service On**
RICHARD LAUER ESQ

**Address**
335 WEST FOURTH ST

| Received Fro | State | Case Caption |
|---|---|---|
| KINGS | NEW YORK | JERUSALEM NY ENTERPRISES LLC VS HUBER ERECTORS & HOISTING LLC |

| Date Serv | Time | Deputy | Type of Service | Person Served |
|---|---|---|---|---|
| 12/29/2020 | 11:00 | Junker, Stephen M | Personal | RICHARD LAUER |

| Sheriff Fees | Mileage: | Total: | Date Paid | Check No. | Date Returned |
|---|---|---|---|---|---|
| $10.00 | $5.00 | $15.00 | | | 12/30/2020 |

**Officer's Remarks**

## AFFIDAVIT OF PROOF OF SERVICE

STATE OF OHIO

HAMILTON COUNTY

I Deputy Junker, Stephen M, being first duly sworn, deposes and says I received this writ on 12/28/2020 and on 12/29/2020 at 11:00:00 AM I served the within named Defendant LAUERLAW LLC by delivering and leaving a true copy of the Summons and Complaint, personally with RICHARD LAUER at 335 WEST FOURTH ST, Hamilton County, Ohio

At the same time of service I was duly authorized and acting Deputy Sheriff of Hamilton County, Ohio and over twenty-one years of age and not a party to this action

JIM NEIL, SHERIFF
HAMILTON COUNTY, OHIO

Junker, Stephen M
Deputy Sheriff
Hamilton County, Ohio

Sworn to and subscribed in my presence this day Wednesday, Dec 30 2020

Notary Public, State of Ohio

BRIANNA BERNIUS
Notary Public, State of Ohio
My Commission Expires
April 6, 2024

# Out of State Service
# Hamilton County Sheriff's Department

Wednesday, December 30, 2020



| | | | |
|---|---|---|---|
| **CASE#** | **Received On** | **Type of Paper** | **Return Date** |
| N/A | 12/28/2020 | Summons and Complaint | 1/18/2021 |

**Service On**
LAUERLAW LLC

**Address**
335 WEST FOURTH ST

| **Received Fro** | **State** | **Case Caption** |
|---|---|---|
| KINGS | NEW YORK | JERUSALEM NY ENTERPRISES LLC VS HUBER ERECTORS & HOISTING LLC |

| **Date Serv** | **Time** | **Deputy** | **Type of Service** | **Person Served** |
|---|---|---|---|---|
| 12/29/2020 | 11:00 | Junker, Stephen M | Personal | RICHARD LAUER |

| **Sheriff Fees** | **Mileage:** | **Total:** | **Date Paid** | **Check No.** | **Date Returned** |
|---|---|---|---|---|---|
| $10.00 | $5.00 | $15.00 | | | 12/30/2020 |

**Officer's Remarks**