UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERUSALEM NY ENTERPRISES LLC<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>HUBER ERECTORS & HOISTING, LLC, and KAKEL MAINTENANCE & CONSTRUCTION, andRICHARD T. LAUER, ESQ., and LAUERLAW, LLC.<br><br>　　　　　　　　Defendants. | Case No. 21-cv-00376-MKB-CLP<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, all pleadings and papers on file in this action, and such other written and oral argument as may be presented, Plaintiff, Jerusalem NY Enterprises LLC ("JNE") hereby moves this Court, before the Honorable Judge Margo K. Brodie, United States District Court, Eastern District of New York, Judge, at 225 Cadman Plaza E, Brooklyn, NY 11201, for an order remanding the case to Supreme Court of the State of New York, County of Kings pursuant to 28 U.S. Code § 1446 (b) (2) (a) and pursuant to CPLR 302 (3), or, alternatively, for an order directing limiting discovery as it pertains to establishing personal jurisdiction over defendants RICHARD T. LAUER, ESQ., and LAUERLAW, LLC.

Dated: Manhasset, New York
　　　February 3, 2021

　　　　　　　　　　　　　　　　　　　　By:_____/s/ Diana Rubin_____
　　　　　　　　　　　　　　　　　　　　**The Law Office of Diana Rubin**
　　　　　　　　　　　　　　　　　　　　*Diana Rubin Esq.*
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　　JERUSALEM NY ENTERPRISES LLC
　　　　　　　　　　　　　　　　　　　　1129 Northern Blvd, Suite 404
　　　　　　　　　　　　　　　　　　　　Manhasset, NY 11030
　　　　　　　　　　　　　　　　　　　　Tel (212) 603-9334
　　　　　　　　　　　　　　　　　　　　Fax (515) 272-4171