## AFFIDAVIT OF PROOF OF SERVICE

STATE OF OHIO

HAMILTON COUNTY

I Deputy Junker, Stephen M, being first duly sworn, deposes and says I received this writ on 12/28/2020 and on 12/29/2020 at 11:00:00 AM I served the within named Defendant RICHARD LAUER ESQ by delivering and leaving a true copy of the Summons and Complaint, personally with RICHARD LAUER at 335 WEST FOURTH ST, Hamilton County, Ohio

At the same time of service I was duly authorized and acting Deputy Sheriff of Hamilton County, Ohio and over twenty-one years of age and not a party to this action

                          JIM NEIL, SHERIFF
                          HAMILTON COUNTY, OHIO

                          Junker, Stephen M
                          Deputy Sheriff
                          Hamilton County, Ohio

Sworn to and subscribed in my presence this day Wednesday, Dec 30 2020

Notary Public, State of Ohio

BRIANNA BERNIUS
Notary Public, State of Ohio
My Commission Expires
April 6, 2024

# Out of State Service
# Hamilton County Sheriff's Department



Wednesday, December 30, 2020

| CASE# | | | **Received On** | **Type of Paper** | **Return Date** |
|---|---|---|---|---|---|
| N/A | | | 12/28/2020 | Summons and Complaint | 1/18/2021 |

**Service On**
RICHARD LAUER ESQ

**Address**
335 WEST FOURTH ST

| **Received Fro** | | **State** | | **Case Caption** | |
|---|---|---|---|---|---|
| KINGS | | NEW YORK | | JERUSALEM NY ENTERPRISES LLC VS HUBER ERECTORS & HOISTING LLC | |

| **Date Serv** | **Time** | **Deputy** | | **Type of Service** | **Person Served** |
|---|---|---|---|---|---|
| 12/29/2020 | 11:00 | Junker, Stephen M | | Personal | RICHARD LAUER |

| **Sheriff Fees** | **Mileage:** | **Total:** | **Date Paid** | **Check No.** | **Date Returned** |
|---|---|---|---|---|---|
| $10.00 | $5.00 | $15.00 | | | 12/30/2020 |

**Officer's Remarks**

## AFFIDAVIT OF PROOF OF SERVICE

STATE OF OHIO

HAMILTON COUNTY

I received this writ on the day of 12/28/2020 and have been unable to locate the Defendant KAKEL MAINTENANCE & CONSTRUCTION in my county for the following reasons: Left notice on 12/29/2020 and 1/4/2021

At the same time of service I was duly authorized and acting Deputy Sheriff of Hamilton County, Ohio and over twenty-one years of age and not a party to this action

JIM NÉIL, SHERIFF
HAMILTON COUNTY, OHIO

McCalla, Timothy W
Deputy Sheriff
Hamilton County, Ohio

Sworn to and subscribed in my presence this day Tuesday, Jan 5 2021

Notary Public, State of Ohio

BRIANNA BERNIUS
Notary Public, State of Ohio
My Commission Expires
April 6, 2024

# Out of State Service
# Hamilton County Sheriff's Department



Tuesday, January 5, 2021

| CASE# | | **Received On** | **Type of Paper** | **Return Date** |
|---|---|---|---|---|
| N/A | | 12/28/2020 | Summons and Complaint | 1/18/2021 |

**Service On**

KAKEL MAINTENANCE & CONSTRUCTION

**Address**

1581 GOODMAN AVE

| **Received Fro** | | **State** | **Case Caption** | |
|---|---|---|---|---|
| KINGS | | NEW YORK | JERUSALEM NY ENTERPRISES LLC VS HUBER ERECTORS & HOISTING LLC | |

| **Date Serv** | **Time** | **Deputy** | **Type of Service** | **Person Served** |
|---|---|---|---|---|
| | | McCalla, Timothy W | Service Unable | |

| **Sheriff Fees** | **Mileage:** | **Total:** | **Date Paid** | **Check No.** | **Date Returned** |
|---|---|---|---|---|---|
| $10.00 | $43.00 | $53.00 | | | 1/5/2021 |

**Officer's Remarks**

Left notice on 12/29/2020 and 1/4/2021

## AFFIDAVIT OF PROOF OF SERVICE

STATE OF OHIO

HAMILTON COUNTY

I received this writ on the day of 12/28/2020 and have been unable to locate the Defendant HUBER ERECTORS AND HOISTING LLC in my county for the following reasons:  Left notice on 12/29/2020 and 1/4/2021

At the same time of service I was duly authorized and acting Deputy Sheriff of Hamilton County, Ohio and over twenty-one years of age and not a party to this action

JIM NEIL, SHERIFF
HAMILTON COUNTY, OHIO

McCalla, Timothy W
Deputy Sheriff
Hamilton County, Ohio

Sworn to and subscribed in my presence this day Tuesday, Jan 5 2021

Notary Public, State of Ohio

BRIANNA BERNIUS
Notary Public, State of Ohio
My Commission Expires
April 6, 2024

# Out of State Service
# Hamilton County Sheriff's Department



Tuesday, January 5, 2021

| CASE# | Received On | Type of Paper | Return Date |
|---|---|---|---|
| N/A | 12/28/2020 | Summons and Complaint | 1/18/2021 |

**Service On**

HUBER ERECTORS AND HOISTING LLC

**Address**

1581 GOODMAN AVE

| Received Fro | State | Case Caption |
|---|---|---|
| KINGS | NEW YORK | JERUSALEM NY ENTERPRISES LLC VS HUBER ERECTORS & HOISTING LLC |

| Date Serv | Time | Deputy | Type of Service | Person Served |
|---|---|---|---|---|
| | | McCalla, Timothy W | Service Unable | |

| Sheriff Fees | Mileage: | Total: | Date Paid | Check No. | Date Returned |
|---|---|---|---|---|---|
| $10.00 | $43.00 | $53.00 | | | 1/5/2021 |

**Officer's Remarks**

Left notice on 12/29/2020 and 1/4/2021

## AFFIDAVIT OF PROOF OF SERVICE

STATE OF OHIO

HAMILTON COUNTY

I Deputy Junker, Stephen M, being first duly sworn, deposes and says I received this writ on 12/28/2020 and on 12/29/2020 at 11:00:00 AM I served the within named Defendant LAUERLAW LLC by delivering and leaving a true copy of the Summons and Complaint, personally with RICHARD LAUER at 335 WEST FOURTH ST, Hamilton County, Ohio

At the same time of service I was duly authorized and acting Deputy Sheriff of Hamilton County, Ohio and over twenty-one years of age and not a party to this action

JIM NEIL, SHERIFF
HAMILTON COUNTY, OHIO

Junker, Stephen M
Deputy Sheriff
Hamilton County, Ohio

Sworn to and subscribed in my presence this day Wednesday, Dec 30 2020

Notary Public, State of Ohio

BRIANNA BERNIUS
Notary Public, State of Ohio
My Commission Expires
April 6, 2024

# Out of State Service
# Hamilton County Sheriff's Department



Wednesday, December 30, 2020

| CASE# | | | **Received On** | **Type of Paper** | **Return Date** |
|---|---|---|---|---|---|
| N/A | | | 12/28/2020 | Summons and Complaint | 1/18/2021 |

**Service On**

LAUERLAW LLC

**Address**

335 WEST FOURTH ST

| **Received Fro** | | **State** | | **Case Caption** | |
|---|---|---|---|---|---|
| KINGS | | NEW YORK | | JERUSALEM NY ENTERPRISES LLC VS HUBER ERECTORS & HOISTING LLC | |

| **Date Serv** | **Time** | **Deputy** | **Type of Service** | **Person Served** |
|---|---|---|---|---|
| 12/29/2020 | 11:00 | Junker, Stephen M | Personal | RICHARD LAUER |

| **Sheriff Fees** | **Mileage:** | **Total:** | **Date Paid** | **Check No.** | **Date Returned** |
|---|---|---|---|---|---|
| $10.00 | $5.00 | $15.00 | | | 12/30/2020 |

**Officer's Remarks**